EXHIBIT
sealed
17

To: file

From: Det. Martin E Coleman

Subject: Limoli murder

On Wednesday, July 24, 1991 at about 1:50 PM M.T. while having a conversation with Tony Jordan a Govt. witness. Mr. Jordan stated to me that Patty's Barone had fucked up and did not get permission to kill Jimmy Limoli.

On Thursday, July 25, 1991 we traveled back to Boston and on Friday I told Mr AUSA Auerhahn that I had to see him about Tony Jordan. On Friday July 26, 1991 I talked to AUSA Auerhahn and told him what Mr. Jordan had said to me.

At about 10:30 AM on Monday July 29, 1991 Mr. Jordan returned a call to Mr Auerhahn's office and I ask him to repeat to AUSA Mr Auerhahn what he had said to me on July 24. At this time Mr. Jordan stated that he knew that Pattsie Barone had not gotten permission to kill Jimmy Limoli. He found this out after Jimmy's car wake Patty's and he got into a car with Vinny and a Joe the Jeweler. Vinny said to Patty's "who's next me?" Jordan further stated that some time later that week that Patty's got called over to Franchesco's and Vinny told him he was dead. At this time Patty's ran out of Franchesco's a restron N. Wash St. and over to his apartment were Jordan was and told Jordan that they had to get out of town because Vinny was going to kill them. Jordan then said way is he going to kill us and Patty's said because I did not get permission to kill Jimmy.

Exh. 1