EXHIBIT
Sealed

TO:        FILE

FROM:      MARTIN F. COLEMAN
           BOSTON POLICE DEPARTMENT
           SPEC. DEPUTY U.S. MARSHAL

RE:        STATEMENTS OF WALTER A. JORDAN

DATE:      SEPTEMBER 4, 1991

    On July 24, 1991, I concluded several days of debriefing of Walter Jordan with Assistant U.S. Attorneys Jeffrey Auerhahn and Gregg Sullivan and Special Agent Michael J. Buckley of the F.B.I. at a neutral and secure location outside the Boston area. At approximately 11:30 p.m. on that date, Jordan told me that some things he told us during the debriefing were not true. He told me that at one point Barone told him that the Limoli homicide was not ordered by Vincent Ferrara. He further told me that when Barone returned from Franchesca's the night before they fled the Boston area, Barone told him that they had to leave right away because Ferrara would kill them because Barone had "fucked up".

    On Thursday, July 25, 1991, we returned to the Boston area and I told Attorney Auerhahn that I needed to talk with him concerning Walter Jordan. On Friday, July 26, I told AUSA Auerhahn of my conversation with Mr. Jordan.

    On Monday, July 29, 1991, Mr. Jordan, pursuant to a request that was transmitted to him through the Marshals Service, called AUSA Auerhahn and myself. Jordan repeated what he had told me the previous Wednesday night. Jordan was informed that we would make arrangements to meet with him again to discuss the facts surrounding the Limoli homicide and his conversations with Barone both before and after the murder.

    On Tuesday, August 27 and Wednesday, August 28, 1991, AUSA Auerhahn and SA Buckley and I met with Walter Jordan at a neutral and secure location outside the Boston area. The relevant statements made by Jordan during these meetings will be memorialized in a 302 report by SA Buckley.

Exh. 2