UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In the Matter of

JEFFREY AUERHAHN

MBD 09-10206-JLT

### ORDER APPOINTING THREE JUDGE PANEL
December 10, 2009

**TAURO, J.**

Pursuant to Local Rule 83.6 (5) (D), I hereby designate District Judges Rya W. Zobel, William G. Young and George A. O'Toole, Jr. to serve as the three-judge panel to hear and determine this matter.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
Joseph L. Tauro
United States District Judge