UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In the Matter of | ) ) ) ) ) ) ) | MBD Action No. 09-10206-RWZ |
| JEFFREY AUERHAHN |  |  |

**JOINT STATUS REPORT PURSUANT TO
<u>COURT'S MARCH 17, 2010, ORDER</u>**

On March 17, 2010, the court issued an order that, among other things, requested the parties to provide to the court three copies of the report issued by the Office of Professional Responsibility for the Department of Justice (OPR) concerning the respondent or, if the report is not ready for submission, "forthwith" advise the court when it will be submitted.

The parties have consulted with assistant United States attorney James Herbert to determine whether the OPR report is ready for submission. We are advised that the full OPR report may be filed with the court immediately so long as the report is filed under seal. If the report is not filed under seal, the report will not be ready for filing for three weeks, or until on or about April 9, 2010.

The parties have no objection to filing the report under seal until the United States attorney's office has had a further opportunity to review the report and propose redactions.

Respectfully submitted,

CONSTANCE V. VECCHIONE
BAR COUNSEL

By /s/ *Nancy Kaufman*
   Nancy E. Kaufman
   First Assistant Bar Counsel
   B.B.O. # 504384
   99 High Street
   Boston, MA 02110
   (617) 728-8740
   (617) 482-2992 FAX
   n.kaufman@massbbo.org

JEFFREY AUERHAHN

By his attorneys,

/s/ *Michael D. Ricciuti*
Michael DeMarco (BBO #119960)
Arnold R. Rosenfeld (BBO #428860)
Michael D. Ricciuti (BBO #550771)
Ryan M. Tosi (BBO #661080)
K&L GATES LLP
State Street Financial Center

One Lincoln Street  
Boston, MA 02111-2950  
Tel. (617) 261-3100  
Fax. (617) 261-3175  
michael.demarco@klgates.com  
arnie.rosenfeld@klgates.com  
michael.ricciuti@klgates.com  
ryan.tosi@klgates.com